IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1267-T |
| TOWN OF NORTH JOHNS, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

OPINION

By order entered on June 11, 2003 (Doc. No. 71), the court granted "the plaintiffs' motion for proceedings leading to final dismissal of this action ... to the extent that defendant [Town of North Johns] is to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared."  The court further wrote that, "If the plan has been precleared by then, the court will then award counsel for plaintiffs an attorney's fee of $ 500.00, and this case will be dismissed."

On September 22, 2005 (Doc. No. 84), North Johns moved to dismiss this case, stating that it "has readopted the present districting plan" and that the plaintiffs "have no objection ... to the dismissal" and "waived their fee."

An appropriate judgment will be entered.

DONE, this the 26th day of September, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**