IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,              )
                             )
    v.                       )   CIVIL ACTION NO.
                             )     2:87cv1267-T
TOWN OF NORTH JOHNS,         )        (WO)
                             )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Defendant Town of North Johns's motion to dismiss (Doc. No. 84) is granted.

    (2) This case is dismissed in its entirety.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of September, 2005.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE